CAROLYN PHILLIPS,   #103045
Attorney at Law
P.O. Box 5622
Fresno, California  93755-5722
Telephone: (559)248-9833
cdp18@sbcglobal.net

Attorney for Petitioner Jose A. Reyna Castro

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE A. REYNA CASTRO, | Case No. 26-cv-538  DJC-EFB |
| Petitioner, | PETITIONER'S UNOPPOSED REQUEST FOR A SEVEN-DAY EXTENSION OF TIME TO FILE A RESPONSE TO RESPONDENTS' OPPOSITION |
| v. | |
| WARDEN OF GOLDEN STATE ANNEX, | |
| Respondents. | |

I, CAROLYN PHILLIPS, am court-appointed counsel for petitioner, and am responsible for preparing responsive pleadings to the Government's Opposition to Petitioner's Section 2241 Petition (Doc. 10) filed February 8, 2026.  The §2241 petition was filed pro se by Mr. Castro on January 22, 2026. (Doc 1.) The court appointed counsel on February 2, 2026.  (Doc. 7.)  The deadline for responsive pleadings is February 17, 2026.  Counsel requests a 7-day extension of time, or by February 24, 2026, to file any responsive pleadings.

Since appointment counsel has had one brief telephone conversation with the petitioner, she has reviewed the docket, pleadings, and conducted legal research.  Mr. Castro is represented by separate counsel in the Immigration Court and there was some confusion regarding who represented Mr. Castro in the §2241 petition resulting a very

*Petitioner's First Request for Extension of Time to File Responsive Pleadings; Castro v. Warden, Case No. 1:26-cv-538 DJC /EFB*

1

brief telephone interview, on February 11, 2026.  Counsel requests a seven-day extension of time to confer with the petitioner, opposing counsel and petitioner's immigration counsel.

For the reasons stated above, it is respectfully requested that the date to file any response to the government's objections to the Section 2241 Petition be extended by seven days, or by February 24, 2026.  On February 17, 2026, government's counsel Ihsan U. Ahmed stated he had no objection to this extension of time.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration is executed at Fresno, California this 17th day of February 2026.

> _/s/Carolyn D. Phillips_
> CAROLYN D. PHILLIPS
> Attorney for Petitioner
> JOSE A. REYNA CASTRO

IT IS SO ORDERED.

Good cause appearing, petitioner Castro's responsive briefing shall be filed on or before February 24, 2026.

Dated:  **February 23, 2026**

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE